Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−18953−aih**

**In re:**

| | |
|---|---|
| Kenneth James Kisel | Jamie L. Kisel |
| 2445 Fackler Ave. | 2445 Fackler Ave. |
| Elyria, OH 44035 | Elyria, OH 44035 |

**Social Security No.:**
xxx−xx−4335               xxx−xx−9185

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Waldemar J Wojcik is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** December 21, 2010          /s/ Arthur I. Harris
Form ohnb136                          United States Bankruptcy Judge